IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                Case No.  24-10117-2-JWB

SHARI STREIT,

      Defendant.

**MEMORANDUM AND ORDER**

This matter is before the court on Defendant's exemption claim and hearing request.  (Doc. 139.)  The court will treat the claim as an objection to the writ of garnishment.  The government opposes Defendant's claim and hearing request.  (Doc. 140.)

On January 9, 2026, the court sentenced Defendant to 720 months imprisonment and also ordered her to pay $165,100.00 in restitution.  (Doc. 116.)  The clerk of court issued a writ of garnishment against Defendant's property in the custody of garnishee U.S. Bank.  (Doc. 132.)  Defendant has now filed an exemption claim and hearing request indicating that the property in the account is exempt from garnishment under 26 U.S.C. § 6334(a)(8).

On March 23, 2026, U.S. Bank filed an answer to the writ.  That answer states that U.S. Bank has no account or record of an account belonging to Defendant.

Therefore, Plaintiff's objection (Doc. 139) is DENIED AS MOOT.

IT IS SO ORDERED.  Dated this 24th day of March 2026.

                    ___ _s/ John Broomes_____
                    JOHN W. BROOMES
                    CHIEF UNITED STATES DISTRICT JUDGE